1 | LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
2 | thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
3 | Nevada Bar No. 8771
burrelll@gtlaw.com
4 | SHAUNA WELSH, Esq.
Nevada Bar No. 11320
5 | welshs@gtlaw.com
GREENBERG TRAURIG, LLP
6 | 3773 Howard Hughes Parkway
Suite 400 North
7 | Las Vegas, Nevada 89169
Telephone: (702) 792-3773
8 | Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

9

10 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11

12 | GNLV, Corp., a Nevada corporation,

Case No.:     2:11-cv-00875-GMN-PAL

13 | Plaintiff,

**ORDER GRANTING**
**PRELIMINARY INJUNCTION**

14 | v.

15 | Harald Ebert, an individual,

16

17 | Defendant.

18

19 This matter having come before the Honorable Gloria Navarro on June 14, 2011,

20 Shauna Welsh, of the law firm of Greenberg Traurig, LLP, appearing on behalf of  Plaintiff

21 GNLV, Corp. ("GNLV" or "Plaintiff") and no appearance being made on behalf of Defendant

22 Harald Ebert ("Ebert" or "Defendant"), and good cause appearing therefore, this Court

23 hereby finds and orders as follows:

24       1.      This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28

25 U.S.C. §§ 1331 and 1338;

26       2.      The Court has personal jurisdiction over the Defendant in that the Defendant

27 regularly conducts business in the State of Nevada, and Defendant committed tortious acts

28 that he knew or should have known would cause injury to Plaintiff in the State of Nevada;

LV 419,429,632v2 6-16-11

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3. Defendant was served on June 6, 2011 by electronic mail in accordance with Rules 4 and 5 of the Federal Rules of Civil Procedure and pursuant to the Order of this Court with the Complaint in this action, Summons, Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction and Temporary Restraining Order entered by this Court on June 1, 2011;

4. Plaintiff filed with the Court on June 10, 2011 a Request for Service on Defendant in a Foreign Country by Registered Mail ("Request"). The Court delivered the Request to the United States Postal Service on June 13, 2011.

5. Plaintiff, in compliance with the Order of this Court, filed a bond in the amount of One Hundred and No/100 Dollars ($100.00) on June 7, 2011.

6. On June 13, 2011, Defendant contacted Plaintiff regarding the subject domain name via return email thereby acknowledging Plaintiff's service by electronic mail of the Summons, Complaint, Application for Temporary Restraining Order and Motion for Preliminary Injunction and Temporary Restraining Order.

7. Defendant has yet not made an appearance in this action.

8. Plaintiff GNLV, Corp., a Nevada corporation with its principal place of business in Las Vegas, Nevada operates the Golden Nugget resort hotel casino in Las Vegas, Nevada. GNLV owns the mark GOLDEN NUGGET (the "GNLV Marks") and has obtained federal registrations for the GNLV Marks for various goods and services, including but not limited to:

(a) GOLDEN NUGGET for casino and bar services (U.S. Reg. No. 1,554,155);

(b) GOLDEN NUGGET for nightclub, bar, cabaret and casino services (U.S. Reg. No. 1,082,044); and

(c) GOLDEN NUGGET for casino services (U.S. Reg. No. 1,203,988).

9. Defendant Harald Ebert has used Plaintiff's marks as part of his Internet domain name <www.goldennugget.info> (the "Infringing Domain Name") without Plaintiff's authority or permission;

LV 419,429,632v2 6-16-11

10. Plaintiff GNLV will suffer irreparable injury if the Court does not require the domain name registrar Wild West Domains ("Registrar") to lock the Infringing Domain Name for the duration of the litigation in this matter.

11. Plaintiff has demonstrated likelihood of success on the merits of its mark infringement claims against Defendant under the Lanhan Act, 15 U.S.C. § 1114, and Nevada law; and

12. Plaintiff has demonstrated likelihood of success on the merits of its unfair competition claims against Defendant under the Lanham act, 15 U.S.C. § 1125(a).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that GNLV's Motion for Preliminary Injunction is hereby GRANTED.

IT IS FURTHER ORDERED that, pursuant to 15 U.S.C. § 1125(d)(1), the domain name <www.goldennugget.info> shall remain locked by Wild West Domains and/or its successor registrars and shall be deposited with the Court for the duration of the litigation in this matter;

IT IS FURTHER ORDERED that the Registrar and/or its successor registrars remove all existing Domain Name Server (DNS) entries and corresponding addresses, and enter the Registrar's default Domain Name Server and address entries to prevent further damage caused by the infringing use of the Infringing Domain Name.

IT IS FURTHER ORDERED that Defendant will immediately cease and desist any and all use of Plaintiff's name and trademarks and any and all variants thereof, including use of the Infringing Domain Names and any and all variants thereof;

IT IS FURTHER ORDERED that Defendant shall file, pursuant to 15 U.S.C. § 1116(a), with this Court and serve upon Plaintiff within thirty (30) days after entry of this Order, a report in writing under oath setting in detail the manner and form in which Defendant has complied with this Court's Order; and

/ / /

/ / /

LV 419,429,632v2 6-16-11

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   IT IS FURTHER ORDERED that the bond posted with this Court in the amount of

2   One Hundred and no/100 Dollars ($100.00) shall be applied to this preliminary injunction.

3   **DATED** this 23rd day of June, 2011.

4

5   Gloria M. Navarro
    United States District Judge
6

7

8   Respectfully submitted by:

9

10  GREENBERG TRAURIG, LLP

11

    Lauri S. Thompson (Bar No. 6846)
12  Laraine M.I. Burrell (Bar No. 8771)
    Shauna L. Welsh (Bar No. 11320)
13  3773 Howard Hughes Parkway, Suite 4North
    Las Vegas, Nevada 89169
14  Counsel for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 419,429,632v2 6-16-11