LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
burrelll@gtlaw.com
SHAUNA WELSH, Esq.
Nevada Bar No. 11320
walshs@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GNLV, Corp., a Nevada corporation,

Plaintiff,

v.

Harald Ebert, an individual,

Defendant.

Case No.: **2:11-CV-0875 GMN-CWH**

**ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT**

UPON CONSIDERATION of the record in this action, and for other good cause shown, this Court hereby enters this Order granting Permanent Injunction and Final Judgment as follows;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Permanent Injunction and Final Judgment is hereby entered in favor of Plaintiff GNLV, Corp., and against Defendant Harald Ebert on all of Plaintiff's claims for relief for use of the <goldennugget.info> Infringing Domain Name;

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1125(d)(1), the Registrar, TargetDomain.com. and/or its successor registrars shall transfer the <goldennugget.info> domain name to Plaintiff GNLV, Corp. and allow Plaintiff all rights and privileges to the domain name <goldennugget.info> permanently.

**DATED** this 13th day of February, 2012.

Gloria M. Navarro
United States District Judge

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Respectfully Submitted by:

Lauri S. Thompson (Bar No. 6846)
Laraine Burrell (Bar No. 8771)
Shauna Welsh (Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

Counsel for GNLV, Corp.